Case 4:24-mj-71208-MAG   Document 5   Filed 08/13/24   Page 1 of 1

AO 467 (Rev. 01/09; CAND version 03/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

**FILED**

**AUG 13 2024**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>ALEXANDER MCGRAIL REYNOLDS,<br><br>Defendants. | Case No. 24-mj-71208-MAG-1  (KAW)<br><br>Charging District: Southern District of New York<br><br>Charging District's Case No.: 24 mag 2910 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| | |
|---|---|
| Place: Daniel Patrick Moynihan United States Courthouse 500 Pearl Street New York, NY 10007 - 1312 | Courtroom No.: TBD |
| | Date and Time: TBD |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: August 13, 2024

_____
Kandis A. Westmore
United States District Judge

*Transfer_No-Custody_CR_AO_467_CSA*
*rev. 3-19*