

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102

*cand.uscourts.gov*

August 13, 2024

USDC Southern District of New York
VIA Electronic Case Transfer

| | |
|---|---|
| Case Name: | USA v. Reynolds |
| Case Number: | USDC Northern District of California: 24-mj-71208-MAG-1 |
| | USDC Southern District of NewYork: 24 mag 2910 |
| | |
| Charges: | 8 U.S.C § 922(a)(1)(A) - Unlicensed Dealing of Firearms and |
| | 18 U.S.C. § 922(a)(5) - Interstate Distribution of Firearms |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Kandis A. Westmore.  The following action has been taken:

- ( )   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
- (X)   The defendant has been Ordered to appear in your court.

Enclosed are the following documents:

- (X)   Original Rule 5 affidavit
- (X)   Original minute orders
- (X)   Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail
- (X)   Other miscellaneous documents

Please send a brief acknowledgement of receipt, including the case number, to [IntakeSF@cand.uscourts.gov](mailto:IntakeSF@cand.uscourts.gov).

Mark B. Busby, Clerk of Court

By: *Cynthia J. Lenahan* _____
Cynthia Lenahan, Case Systems Administrator

*REV. 10-21*